RECEIVED
IN LAKE CHARLES, LA
MAR 3 1 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MALIN INTERNATIONAL SHIP REPAIR & DRYDOCK, INC. | : | DOCKET NO. 2:08-cv-743 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| M/V GLOBAL ORION, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that all claims against defendant Condive, Inc. be dismissed without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE